✓#104 #128908

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 SEP 24 PM 3:08
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re:  RABLE, DEANNA
        RABLE, ANTHONY

Case No. 09-38078

Judge RICHARD L SPEER

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| PYOD LLC | c/o Resurgent Capital Services | $2.82 |
| Citibank | PO Box 19008 | |
| | Greenville, SC 29602 | |

Check #104 for $2.82 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 9/23/10

cc: Office of the U.S. Trustee